UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-21821-CIV-AMS

CONSENT CASE

JAIME H. ARCILA,

        Plaintiff,

vs.

AVENTURA FINEST CARWASH AND SERVICE AT THE MALL, INC., AVENTURA FINEST CARWASH AND SERVICE, INC., GUILLERMO FREILE, EMILIO GARCIA LOURDES,

        Defendants.
_____/

## DEFENDANTS' PROPOSED SUPPLEMENTAL JURY INSTRUCTION

### Notice Requirement for Tip Credit

To satisfy the Notice Requirement for Tip Credit, employers do not have to "explain" the tip credit to employees; it is enough to "inform" them of it. To "inform" an employee requires less effort than it would to "explain" the tip credit to the employees. The FLSA does not require a rigorous explanation to employees about how the tip credit works.

*Pellon v. Bus. Representation Int'l, Inc.*, 528 F. Supp. 2d 1306 (S.D. Fla. 2007)(citing *Heng Chan v. Triple 8 Palace, Inc.*, No. 03 Civ. 6048(GEL), 2006 U.S. Dist. LEXIS 15780, 2006 WL 851749, at *19 (S.D.N.Y. 2006); *Kilgore v. Outback Steakhouse of Florida, Inc.*, 160 F.3d 294, 298 (6th Cir. 1998).

                                      GIVEN:
                                      GIVEN AS MODIFIED:
                                      WITHDRAWN:
                                      REFUSED: